UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER ERSKINE,

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-   ( )( )

20 Cr. 626 (PMH)

Defendant _____CHRISTOPHER ERSKINE_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

CHRISTOPHER ERSKINE
Print Defendant's Name

_____
Defendant's Counsel's Signature

LARRY SHEEHAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12-1-20
Date

_____
U.S. District Judge/U.S. Magistrate Judge