# ALBERT Y. DAYAN
### Attorney at Law

> Defendant Christopher Erskine's request for a pre-discovery motion conference is denied without prejudice to renewal once the Court sets a motion schedule in this case.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 227.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 13, 2021

By ECF:

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: **United States v. Christopher Erskine**
Case No.: 20-cr-626

Dear Judge Halpern:

I am counsel for the defendant, Christopher Erskine and respectfully submit this letter.

Your Honor, Pursuant to this Court Rules and Federal Rule Civ. P. 37(a)(1), and on behalf of he defendant Christopher Erskine, defense counsel is kindly requesting a pre discovery motion conference at the earliest date and time that is convenient to the court.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc: Shiva Logarajah
Assistant United States Attorney