UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                    :
v.                                  :     **ORDER**
                                    :
**Dwight Reid, et al**              :     20 CR 626 (PMH)
                      Defendants.   :
                                    :
------------------------------------------------------------x

      A **Status conference** in this matter is scheduled on November 17, 2021 as follows:

**9:00am:** USA v. Christopher Erskine - **Status conference**
        USA v. Naya Austin - **Status conference**
        USA v. Brandon Soto - **Status conference**

**1:00pm:** USA v. Ahmed Walker - **Status conference**
        USA v. Dezon Washington - **Status conference**
        USA v. Robert Woods - **Status conference**

**3:00pm:** USA v. Isaiah Santos - **Status conference**
        USA v. Brinae Thornton - **Status conference**
        USA v. Jamal Trent – **Status Conference**

      Members of the press and public may call the same number below but will not be permitted to speak during the conference.

Accordingly, it is hereby ORDERED:

1. Defense counsel shall complete a waiver for their clients right to be physically present and consent to appear by telephone. This waiver shall be submitted no later than **11/12/21.**

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Teleconference Dial-In Number**: **(888) 398-2342**
          **Access Code:** 3456831

Dated: November 4, 2021                   SO ORDERED:

                                                                  Philip M. Halpern, U.S.D.J.