UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

CHRISTOPHER ERSKINE,

Defendant.
-----------------------------------------------------------X

ORDER

20-cr-626-PMH

Defendant Christopher Erskine, his counsel, as well as counsel for the Government, appeared in person for a status conference and arraignment at 10:00 a.m. today. Defendant Erskine was arraigned on the S6 Superseding Indictment filed on November 8, 2021.

Defendants shall file their pretrial motions and opening brief by February 15, 2022; the Government shall file its brief in opposition by April 1, 2022; and Defendants shall file their reply by April 22, 2022. No adjournments of this motion schedule shall be granted absent good cause shown. This motion schedule shall be held in abeyance as to Defendant Soto pending a further order of this Court.

In the event Defendant Erskine has an issue with the production of discovery in this case, such that he believes motion practice under the aforementioned schedule would be premature, his counsel must (1) meet and confer with counsel for the Government regarding that issue(s); and (2) file a letter by February 1, 2022 that specifically identifies the issue(s) and describes it in detail.

For any pretrial motion that addresses an issue common to these multiple Defendants (as well as the other individual defendants for whom conferences took place yesterday and took place earlier today), Defendants' counsel is directed to meet and confer and to file a joint motion. The parties are directed to adhere to the following page limits for motions relating to common issues:

- Defendants' Joint Opening Brief: 25 pages

- Government's Opposition: 25 pages

- Defendants' Joint Reply: 10 pages

For any pretrial motion that address an issue that is unique to a particular Defendant, that Defendant may file an individual motion, and the parties are directed to adhere to the following page limits relating to individual motions:

- Defendant's Opening Brief: 5-10 pages

- Government's Opposition: 5-10 pages

- Defendant's Reply: 5 pages

The Government requested, with the consent of the defendants, that the time period from November 17, 2021 through and including April 22, 2022, be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). For the reasons set forth on the record, that application was granted.

Dated: White Plains, New York
       November 17, 2021

_____
Philip M. Halpern
United States District Judge