> Application denied. Due to scheduling conflicts, the Court is unable to accommodate defense counsel's request for a conference, where Mr. Erskine is produced, prior to March 17, 2022. Defense counsel, should she determine that a conference is necessary, may file a letter requesting a conference to be held at a later date and setting forth with specificity the basis for such request.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 372.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 15, 2022

NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE@LG...
WWW.LGA...
FAX: (973...

*Via ECF*
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Christopher Erskine*
20-cr-626 (PMH)

Dear Judge Halpern:

Your Honor appointed me under the Criminal Justice Act ("CJA"), to be substituted in to represent Mr. Erskine in the above matter on December 29, 2021. I am respectfully requesting a conference with Mr. Erskine, to address a letter he recently wrote the Court, which was filed on ECF. The letter sets forth demands on me that will hinder my ability to represent him effectively, and suggests a course of action that might only be effectuated by him proceeding *pro se*. Because defense motions are due this week, on Wednesday March 17, 2022, I am respectfully requesting that Your Honor schedule a conference, where Mr. Erskine is produced, prior to that date.

Respectfully submitted,
s/
Lorraine Gauli-Rufo
Attorney for Christopher Erskine

cc: All Counsel of Record
Christopher Erskine (Essex County Jail)