NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE
www.
FAX:

> Application granted. The Clerk of the Court is respectfully directed to replace on the docket Exhibit I (Doc. 386-10) and Exhibit J (Doc. 386-11) with the redacted versions of Exhibit I (Doc. 394-1) and Exhibit J (Doc. 394-2) annexed to this letter.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 394.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 31, 2022

*Via ECF*
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Christopher Erskine*
    **20-cr-626 (PMH)**

Dear Judge Halpern:

My office represents Christopher Erskine in the above matter. We recently filed Pretrial Motions that were inadvertently filed with two exhibits that were not properly redacted. My office contacted Chambers regarding this error, and we were advised to submit this letter request seeking to replace the two filed exhibits (Exhibits I and J), with the attached, redacted Exhibits I and J. Therefore, we respectfully request that Your Honor Order that Exhibits I and J of the previously filed Pretrial Motions be replaced with the attached, redacted Exhibits I and J. Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,
s/
Lorraine Gauli-Rufo
Attorney for Christopher Erskine

Enclosures

cc: All Counsel of Record (w/enclosures)
    Christopher Erskine (Essex County Jail) (w/enclosures)