

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
www.
Fax:

> Application granted to modify trial dates so as to recess from November 3, 2023 through November 6, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           July 25, 2023

*Via ECF*
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: ***United States v. Christopher Erskine***
**20-cr-626 (PMH)**

Dear Judge Halpern:

      Thomas Ambrosio and I represent Christopher Erskine in the above matter. The trial in this matter is scheduled to begin on October 30, 2023. After speaking with the Government, we anticipate the trial for both sides will take about three weeks. My daughter is getting married on Sunday, November 5, 2023.  I am respectfully requesting a modification of the trial dates to have off on Friday, November 3, 2023, and Monday, November 6, 2023, so that I can prepare for and attend my daughter's wedding. Alternatively, I respectfully request to have only Monday, November 6, 2023, off. Mr. Ambrosio has consented to this request and AUSA Shiva Logarajah, on behalf of the Government,  and Michael Burke, Esq., who represents Dwight Reid, have no objection to this request.

      Your Honor's consideration of this request is greatly appreciated.

                            Respectfully submitted,
                            s/ Lorraine Gauli-Rufo
                            Lorraine Gauli-Rufo, Esq.
                            *Attorney for Christopher Erskine*

cc: Shiva Logarajah, AUSA
    David Felton, AUSA
    Courtney Heavey, AUSA
    Michael Burke, Esq.
    Thomas Ambrosio, Esq.