19748-509



September 21, 2023

Via ECF

Hon. Philip M. Halpern, USDJ
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 22, 2023

    RE:    USA vs Christopher Erskine, *et al.*
             Indictment 20-cr-626

Dear Judge Halpern:

    I was appointed as co-counsel for defendant, Christopher Erskine, pursuant to the Criminal Justice Act (CJA) on January 20, 2023. This is an ongoing case scheduled for trial starting October 30, 2023 and as such will require a substantial amount of my time from now until the end of trial. I have a solo practice; therefore, I respectfully request that the Court permit me to submit interim eVouchers.

    Your Honor's consideration of this request is greatly appreciated.

                      Respectfully submitted,

                      /s/Thomas Ambrosio
                      Thomas Ambrosio

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com