LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 11, 2023

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10601
*via ECF*

                *Re: United States v. Christopher Erskine*,
                20-cr-626  (PMH)

Your Honor:

    We write to request that the Court endorse the attached order permitting defense paralegal Nato Chelidze to bring needed electronic devices into the courtroom.

                              Respectfully
                              *Lisa Scolari*
                              Lisa Scolari and Thomas Ambrosio
                              Attorneys for Christopher Erskine

---

Application granted. The electronic device order will be emailed to counsel.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         October 12, 2023