UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :   **RESCHEDULING ORDER**
                                    :
CHRISTOPHER ERSKINE,                :
                                    :   7:20-cr-00626-PMH
                                    :
                 Defendant.         :
-------------------------------------------------------------x

The Change of Counsel Hearing in this matter is rescheduled to February 8, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       January 26, 2024

_____
Philip M. Halpern
United States District Judge