**FAST LAW**

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

February 21, 2024

**Via ECF**

Hon. Judge Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         February 21, 2024

**Re:     United States v. Christopher Erskine**
        20 cr 626 (PMH)
        Request for Additional Funds for Paralegal Specialist Nato Chelidze

Dear Judge Halpern:

On February 8, 2024, Your Honor appointed me pursuant to CJA to represent Christopher Erskine on the above-captioned matter.

I am respectfully writing to request additional authorization for paralegal specialist Nato Chelidze's services. On September 29, 2023, Your Honor authorized 320 hours for Ms. Chelidze. As a result of her extensive involvement in the case, Ms. Chelidze has exhausted her authorized hours. The Defense is respectfully seeking authorization for 40 additional hours at $75 per hour.

Ms. Chelidze has formed a close relationship with Mr. Erskine and it is his strong preference that she stay on the matter as part of his defense team. I am therefore respectfully requesting that the Court authorize additional hours for Ms. Chelidze's services to assist with post-trial motions.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Christopher Erskine

cc: All counsel (via ECF)