UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                                     :
                                                             :
v.                                                           :     **RESCHEDULING ORDER**
                                                             :
CHRISTOPHER ERSKINE,                                         :
                                                             :     7:20-cr-00626-PMH
                        Defendant.                           :
-------------------------------------------------------------x

The Sentencing scheduled for May 23, 2024 is rescheduled to June 13, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       May 20, 2024

_____
Philip M. Halpern
United States District Judge