UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

CHRISTOPHER ERSKINE,

              Defendant.
------------------------------------------------------------x

**ORDER**

7:20-cr-00626-PMH

The Government is directed to respond to Defendant's August 28, 2024 supplemental sentencing submission by September 11, 2024. The Sentencing scheduled for September 3, 2024 at 11:30 a.m. is adjourned sine die. The Court will shortly issue an Order rescheduling the sentencing.

Defendant is directed to not file any further sentencing submissions without prior approval of the Court.

**SO ORDERED:**

Dated: White Plains, New York
       August 29, 2024

_____
Philip M. Halpern
United States District Judge