UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

v.

CHRISTOPHER ERSKINE,

                    Defendant.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7:20-cr-00626-PMH

The Sentencing in this matter is re-scheduled to November 26, 2024 at 2:00 p.m. in Courtroom 520 0f the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       September 4, 2024

_____
Philip M. Halpern
United States District Judge